UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 NOV 16 P 12:04

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

Case No. 10-CR- **10-CR-246**

[18 U.S.C. §§ 1037(a)(3) and 2]

OLEG Y. NIKOLAENKO,

　　　　Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES**:

1. Beginning in approximately January 2007, and continuing to at least November 4, 2010, in the State and Eastern District of Wisconsin and elsewhere,

**OLEG Y. NIKOLAENKO**

knowingly, in and affecting interstate commerce, materially falsified header information in multiple commercial electronic mail messages and intentionally initiated the transmission of such messages.

2. The volume of electronic mail messages transmitted in furtherance of the offense exceeded 2,500 in during a 24-hour period, 25,000 during a 30-day period, and 250,000 during a one-year period.

All in violation of Title 18, United States Code, Section 1037(a)(3) and 2.

A TRUE BILL:

FOREPERSON
Date: 11/16/10

JAMES L. SANTELLE
United States Attorney