UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

                Plaintiff,

V.                               Case No. 10-CR-243(CNC)

OLEG NIKOLAENKO

                Defendant.

**Letters of Support from Family and Friends**

Dear Judges, Dear Attorneys, Dear FBI Agents,

We, Egor Nikolaenko and Luidmila Nikolaenko, the parents of Oleg Nikolaenko, are appealing to you for your understanding and mercy. We have been married for over 26 years now. Oleg has been growing up in love, respect and friendly environment from his very childhood. We have fostered in him the best human values, such as kindness, respect to the elder and the poor, as well as honesty to the society and other people, and – above all – to himself.

As his parents, it was very difficult and shocking to realize that our son had unexpectedly stumbled. That he went astray from the moral values and principles we cultivated in him. That he left the straight and narrow of the hopes we cherished. We were hardly hit when we learnt that, and the shock was very difficult to live with; however, we survived it. Life goes on, and our last resort is a prayer. It is only our prayers that could help our son that is so far away now. The most powerful, the most sacred thing is mother's love for her children, and my love is also deep and infinite. Time is a great healer, and it is the mother's heart that cannot forget her child. There will be a day to embrace our son. God blessed us with patience through our granddaughter. The power of mother's prayer is great. I believe that there will be a day to hug our son and hear his words, 'My dearest parents, I am so sorry that you have lived alone without me for so long.'

Over the 2.5 years of Oleg's detention, we have realized that changes are possible. Speaking with our son over the phone, we see that he has got conscience of his guilt. The guilt to the society, to his parents, and to his family. Yes, to his family, that is to his wife and a small daughter that has just turned four this January. For more than thirty months she has been living with hope to see his father soon. And she cannot realize why her father is unable to come. Why she cannot go with her mother to see her father. When we walk with her, she tries to find her father in every man she is speaking with. And she asks us, "Isn't he my daddy?"

Honourable Court! Definitely, Oleg has made an inconsiderate act, mainly due to his mindlessness and youth. And life has given him a hard lesson to learn. He has paid his freedom for that. But Oleg is our son, our flesh and blood. Though very far from us now, we talk with him almost every day, and we hear that Oleg is honest in his repentance for what he had done, and he will never do anything like that in future. He is eager to restart his life with his family, his wife and daughter, and to be their loving husband and father.

Honourable Court! We, Oleg's parents, beg your pardon for the misconduct of our son and entreat for indulgence. Please let him begin new life. We think about our son every minute. All these months of Oleg's detention, we have been praying God to return us our son and to steer him onto the right path. And we believe that our tears and prayers will not be in vain. We do hope for your mercy and fair judgment!

*Nikolaenko Lyudmila*
*Egor Nikolaenko*

Your Honor,

When making a judgment regarding my husband Oleg Nikolaenko, please consider the fact that it is very difficult to create all necessary conditions for bringing up our child only by myself, without my husband. I work and love our child for two, as our daughter is 4 years old, and she needs more and more attention and love of her parents, which she misses from her father, and that concerns my husband and me very much. I have been bringing up our daughter alone for 2 years and 4 months now, and she does not understand why other children have fathers, and she can speak with her father only by telephone, and from time to time...

I have morally supported my husband all that time, and I have demonstrated him that we love and wait for him, and that everything will be fine.

I am begging for your mercy when you decide the destiny of me husband, since the future of our family is in your hands. Please take into account that Oleg is very honest, attentive and tactful to his family and people around him. We love him and look forward to his soonest return to our life.

With respect and hope for your understanding,
Vita Evstigneeva,
Oleg Nikolaenko's wife

*Vita E* *[signature]*

Honorable Court!

My name is Eugeniy. I have known Oleg for many years now. Our common interests, such as car tuning and motosport let us met, and we spent a lot of time together, spending more and more time to learn and to extend our expertise. Step by step, we were getting closer to a professional level.

For our mutual friends and me, Oleg's arrest has remained an extremely unexplainable secret! We believe that information circulated in the mass media is very controversial. Oleg went to the United States to the car tuning exhibition for our car business purposes. Day after day, month after month we were busy with cars, often hanging in the workshop till morning. It was very difficult to earn money. Often we slept three-four hours a day after tuning cars at night. I was seating behind the wheel, while Oleg was adjusting parameters of the engine. To do that we have to trust each other to the maximum; it's like going on the scout! After many hours that we spent together I made a personal conclusion, and it is in contrast with today's accusations.

A combination of youth and modesty, intelligence and good sense is a rare thing nowadays! I cannot recall a case when he refused to offer even minor help. I may say many good words but I want to underline only one thing - he is the Real Man.

Please give Oleg an opportunity to reunite with his family! I know how difficult it is for his wife to bring up their daughter alone. It is difficult both in moral, physical and financial terms. His wife is a very good and sincere woman. He loves Oleg very much, supports him and wants to reunite with him.

For every normal person, and Oleg is such person, family is a sacred thing, especially if a person became a husband and father when he was so young. Let his life make a new start. I am also a father, and the family is the most important thing. Oleg calls me sometimes, and I hear that he feels sorry about the time he has lost being far from his family and daughter. Over the 2.5 years, he has reconsidered everything and made appropriate conclusions for himself. You know that very well, Honorable Judges, as you are parents, too. And you can definitely imagine what a tough punishment he has already suffered over the recent years being far from his home and family. To miss the happiest moments of the daughter's growing up, her first words "daddy and mom"; not to see abrasions on her knees; to be far when your child is running temperature; not to read bedtime stories to her... What could be a more painful punishment?

With respect and hope for a just solution of the case,

Evgeniy Kern,
Oleg's close friend