UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

              Case No. 10-CR-246 (CNC)

v.

OLEG NIKOLAENKO,

    Defendant.

---

**GOVERNMENT'S NOTICE OF DISMISSAL**

---

  The United States of America, by its attorneys, James L. Santelle, United States Attorney, and Erica N. O'Neil, Assistant United States Attorney, hereby gives notice of dismissal of the indictment and superseding indictment in the above-entitled action.

  Dated at Milwaukee, Wisconsin this 28th day of February, 2013.

              JAMES L. SANTELLE
              United States Attorney

    By:

              s/Erica N. O'Neil
              Assistant United States Attorney
              Erica N. O'Neil Bar Number: 1028188
              Attorney for Plaintiff
              Office of the United States Attorney
              Eastern District of Wisconsin
              517 East Wisconsin Avenue, Room 530
              Milwaukee, Wisconsin   53202
              Telephone: (414) 297-1764
              Fax: (414) 297-1738
              E-Mail: erica.oneil@usdoj.gov